# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSHUA HARRIS, | Case No. 23-CV-342 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| RAMSEY'S COURTS and RAMSEY'S A.D.C., | |
| Defendants. | |

The Court has received the March 23, 2023 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 6.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 6) is ACCEPTED;

2. The action is DISMISSED WITHOUT PREJUDICE as duplicative (and frivolous) under 28 U.S.C. § 1915A(b); and

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 4) is DENIED as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 12, 2023     BY THE COURT:

s/Nancy E. Brasel  
Nancy E. Brasel  
United States District Judge